IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD CHARLES ASHWORTH,

     Appellant,

 v.

Case No.  5D22-1758
LT Case No. 2005-037894-CFAES

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Matthew J. Metz, Public Defender,
and Robert Jackson Pearce, III,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., WALLIS and KILBANE, JJ., concur.